Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287–Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN CALIFORNIA GLAZIERS, ARCHITECTURAL METAL AND GLASS WORKERS PENSION PLAN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>THE GLASS GURU, INC., aka THE GLASS GURU GLAZING, INC., a California Corporation,<br><br>Defendant. | Case No.: C09-3863 CRB<br>ORDER RE:<br>**JOINT CASE MANAGEMENT CONFERENCE STATEMENT**<br><br>Date: January 15, 2010<br>Time: 8:30 a.m.<br>Ctrm: 8, 19th Floor<br>Judge: The Honorable Charles R. Breyer |

The parties to this action hereby submit their Joint Case Management Conference Statement and Request to Continue the currently scheduled Case Management Conference.

1. As the Court's records will reflect, this action was filed on August 24, 2009, to compel Defendant's payment of contributions found due on audit, for work performed by its employees during the period from May 1, 2006 through May 31, 2008, as well as liquidated damages, accrued interest, and related attorneys' fees and costs, and audit testing fees.

2. On September 25, 2009, Defendant filed an Answer to the Complaint.

3. The parties have stipulated to mediation, and the matter was referred to mediation pursuant to the November 10, 2009 Court Order.

-1-
**JOINT CASE MANAGEMENT CONFERENCE STATEMENT**
**Case No.: C09-3863 CRB**

4.      A Mediation Hearing is currently set for January 11, 2010 at 10:00 a.m. at the Law Office of Arthur R. Siegel.

5.      Accordingly, the parties hereto respectfully request that the Case Management Conference, currently on calendar for January 15, 2010, be continued for approximately thirty (30) days to allow the parties to attempt to resolve this matter by mediation and, if so, to finalize any settlement with documentation thereof.

6.       There are no issues that need to be addressed by the parties at the currently scheduled Case Management Conference, given that Mediation is pending next week.  In the interest of conserving costs as well as the Court's time and resources, the parties hereto respectfully request that the Court continue the currently scheduled Case Management Conference.

Dated:  January 6, 2010         SALTZMAN & JOHNSON
                                LAW CORPORATION


                          By:   /S/Muriel B. Kaplan
                                Muriel B. Kaplan
                                Attorneys for Plaintiffs


Dated:  January 6, 2010         JORDAN LAW GROUP


                          By:   /Patrick W. Jordan
                                Patrick W. Jordan
                                Attorneys for Defendant

IT IS SO ORDERED.

The currently scheduled Case Management Conference is continued to 2/19/10 , at 8:30 A.M. if settlement documents not filed.

Dated: 1/14/10

THE HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT COURT JUDGE

IT IS SO ORDERED
Judge Charles R. Breyer

-2-
**JOINT CASE MANAGEMENT CONFERENCE STATEMENT**
**Case No.: C09-3863 CRB**