Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| NORTHERN CALIFORNIA GLAZIERS, ARCHITECTURAL METAL AND GLASS WORKERS PENSION PLAN, et al. | Case No.: C09-3863 CRB |
|---|---|
| Plaintiffs, | **STIPULATION OF VOLUNTARY DISMISSAL** |
| v. | |
| THE GLASS GURU, INC., aka THE GLASS GURU GLAZING, INC., a California Corporation, | |
| Defendant. | |

PLEASE TAKE NOTICE that pursuant to F.R.C.P., Rule 41(a)(1)(ii), Plaintiffs Northern California Glaziers, Architectural Metal and Glass Workers Pension Plan, et al., and Defendant The Glass Guru, Inc. aka The Glass Guru Glazing, Inc. stipulate to the voluntarily dismissal of

///
///
///
///
///

-1-
**STIPULATION OF VOLUNTARY DISMISSAL**
**Case No.: C09-3863 CRB**

this action. The parties hereto have resolved this action by an Amended Judgment Pursuant to Stipulation recently filed in related Case No. C06-7193 CRB. Plaintiffs have not previously filed or dismissed any similar action against Defendant.

Dated: January 28, 2010         SALTZMAN & JOHNSON
                                LAW CORPORATION


                            By: /S/Muriel B. Kaplan
                                Muriel B. Kaplan
                                Attorneys for Plaintiffs


Dated: January 28, 2010         JORDAN LAW GROUP


                            By: /S/Patrick W. Jordan
                                Patrick W. Jordan
                                Attorneys for Defendant


IT IS SO ORDERED.


Dated: January 29, 2010         _____
                                THE HONORABLE CHARLES R. BREYER
                                UNITED STATES DISTRICT COURT JUDGE

IT IS SO ORDERED
Judge Charles R. Breyer

-2-
**STIPULATION OF VOLUNTARY DISMISSAL**
**Case No.: C09-3863 CRB**