1  Muriel B. Kaplan, Esq. (SBN 124607)
   Michele R. Stafford, Esq. (SBN 172509)
2  SALTZMAN & JOHNSON LAW CORPORATION
   44 Montgomery Street, Suite 2110
3  San Francisco, CA 94104
   (415) 882-7900
4  (415) 882-9287 – Facsimile
   mkaplan@sjlawcorp.com
5  mstafford@sjlawcorp.com

6  Attorneys for Plaintiffs

10             UNITED STATES DISTRICT COURT

11          FOR THE NORTHERN DISTRICT OF CALIFORNIA

| NORTHERN CALIFORNIA GLAZIERS, ARCHITECTURAL METAL AND GLASS WORKERS PENSION PLAN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>THE GLASS GURU, INC., aka THE GLASS GURU GLAZING, INC., a California Corporation,<br><br>Defendant. | Case No.:  C09-3863 CRB<br><br>**STIPULATION OF VOLUNTARY DISMISSAL** |
|---|---|

PLEASE TAKE NOTICE that pursuant to F.R.C.P., Rule 41(a)(1)(ii), Plaintiffs Northern California Glaziers, Architectural Metal and Glass Workers Pension Plan, et al., and Defendant The Glass Guru, Inc. aka The Glass Guru Glazing, Inc. stipulate to the voluntarily dismissal of

///
///
///
///
///

-1-
**STIPULATION OF VOLUNTARY DISMISSAL**
**Case No.: C09-3863 CRB**

P:\CLIENTS\GLACL\Glass Guru\Pleadings\Complaint 0809\C09-3863 CRB Stipulation of Voluntary Dismissal 012610.doc

1 this action.  The parties hereto have resolved this action by an Amended Judgment Pursuant to
2 Stipulation recently filed in related Case No. C06-7193 CRB.  Plaintiffs have not previously filed
3 or dismissed any similar action against Defendant.

4 Dated:  January 28, 2010           SALTZMAN & JOHNSON
                                     LAW CORPORATION

6                                    By:  /S/Muriel B. Kaplan
                                          Muriel B. Kaplan
7                                         Attorneys for Plaintiffs

8
  Dated:  January 28, 2010           JORDAN LAW GROUP
9

10                                   By:  /S/Patrick W. Jordan
                                          Patrick W. Jordan
11                                        Attorneys for Defendant

13 IT IS SO ORDERED.

16 Dated:   January 29, 2010

                                     THE HONORABLE CHARLES R. BREYER
17                                   UNITED STATES DISTRICT COURT JUDGE

IT IS SO ORDERED.
Judge Charles R. Breyer

-2-
**STIPULATION OF VOLUNTARY DISMISSAL**
**Case No.: C09-3863 CRB**

P:\CLIENTS\GLACL\Glass Guru\Pleadings\Complaint 0809\C09-3863 CRB Stipulation of Voluntary Dismissal 012610.doc